# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**TOMMY YESBICK,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-1570

[October 13, 2022]

Appeal of order denying rule 3.3850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. 09-008417CF10A.

Tommy Yesbick, Jasper, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***